STATE of Missouri, Respondent,

v.

Daniel O. JONES, Appellant.

No. WD 61997.

Missouri Court of Appeals,
Western District.

Aug. 10, 2004.

Wendell G. Jaco, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Deborah Daniels, Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., HAROLD L. LOWENSTEIN and RONALD R. HOLLIGER, JJ.

### ORDER

PER CURIAM.

Mr. Daniel O. Jones appeals from his convictions for first-degree murder and armed criminal action. We affirm.

A memorandum setting forth the rationale for our decision has been furnished to the parties. Rule 30.25(b).